United States Courts
Southern District of Texas
ENTERED

SEP 2 9 2006

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY STADLER § | |
|     PLAINTIFF § | |
| v. § | |
| § | CIVIL ACTION NO: H-05-2623 |
| BUBBLE ENTERPRISES, LTD., § | |
| et al. § | |
|     DEFENDANTS § | |

## FINAL JUDGMENT

It is so ordered that Plaintiff Gregory Stadler have judgment against Defendants Bubbles Enterprises, Ltd., BCW Management, LLC, and William Lawrence ("Defendants") in the amount of $6,500.00 which sum shall include all costs and attorney's fees otherwise recoverable in this action against Defendants. This case is therefore dismissed with prejudice.

Signed on September 29, 2006.

_____
HONORABLE JUDGE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE